IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 12-3103-01-CR-S-RWS |
| | ) | |
| Travis L. Basford | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #91 filed on December 5, 2013), to which no objection has been filed, the plea of guilty to the Superseding Information which was filed on December 5, 2013, is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the court.

_____
Rodney W. Sippel
United States District Judge

Date: January 16, 2014.